UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DME, L.C.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TONYA KATSIKAS,<br><br>　　　　Defendant. | Case No. 2:23-cv-01243-CDS-NJK<br><br>Order |

　　　　Plaintiff has filed a complaint, alleging this Court has diversity jurisdiction. *See* Docket No. 1.

　　　　To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship of any entity or individual attributed to it. *See* Docket No. 4.

　　　　Accordingly, Plaintiff must file an amended certificate of interested parties by August 22, 2023, fully identifying its citizenship.

　　　　IT IS SO ORDERED.

　　　　Dated: August 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.