SYLVESTER & POLEDNAK, LTD.
MATTHEW T. KNEELAND, ESQ.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, Nevada  89134
Phone: (702) 952-5200
Fax: (702) 952-5205
Email: matthew@sylvesterpolednak.com
*Attorney for Defendant Tonya Katsikas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DME, L.C., a Utah limited liability company, | Case No.        2:23-cv-01243-CDS-NJK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER/RESPOND TO COMPLAINT** |
| v. | |
| TONYA KATSIKAS, an individual, | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff NATIONAL DME, L.C. ("Plaintiff"), by and through its attorney of record, Sarah Ferguson, Esq. with the law firm of Parsons Behle & Latimer, and Defendant TONYA KATSIKAS ("Defendant"), by and through her attorney of record, Matthew T. Kneeland, Esq. with the law firm of Sylvester & Polednak, Ltd., respectfully submit this Stipulation and Order to extend time for Defendant to answer/respond to the Complaint on file herein to December 1, 2023 (currently October 20, 2023 by prior agreement between the parties), while the parties continue to discuss possible resolution of this matter without litigation. This is the first request for an extension of time to answer or respond to the Complaint, although the parties have previously agreed amongst themselves that October 20, 2023 shall be the current deadline.

///

*National DME, L.C. v. Tony a Katsikas*
Case No. 2:23-cv-01243-CDS-NJK

IT IS SO STIPULATED.

DATED this 20th day of October, 2023          DATED this 20th day of October, 2023.

**SYLVESTER & POLEDNAK, LTD.**          **PARSONS, BEHLE & LATIMER**

By: */s/ Matthew T. Kneeland*          By: */s/ Sarah Ferguson*
      Matthew T. Kneeland, Esq.                Sarah Ferguson, Esq.
      1731 Village Center Circle                50 West Liberty Street, Suite 150
      Las Vegas, Nevada 8914                Reno, Nevada 89501
      *Attorneys for Defendant*                *Attorneys for Plaintiff*

IT IS SO ORDERED.

United States Magistrate Judge

DATED: October 20, 2023