# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONAL DME, L.C.,

    Plaintiff,

v.

TONYA KATSIKAS,

    Defendant.

Case No. 2:23-cv-01243-CDS-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by February 28, 2024.

    IT IS SO ORDERED.

    Dated: February 21, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1