UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DME, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TONYA KATSIKAS,<br><br>　　　　Defendant. | Case No. 2:23-cv-01243-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 40] |

　　　　Pending before the Court is the parties' proposed discovery plan. Docket No. 40. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties, however, seek an additional 90 days after the fact-discovery deadline to produce expert disclosures. Docket No. 40 at 2. Therefore, the parties request a 274-day discovery period.[1] *Id*. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. The instant request, however, makes no showing at all as to the justification for an extended time period or for engaging in expert discovery after the discovery cut-off.

　　　　Accordingly, the proposed discovery plan is **DENIED** without prejudice. Docket No. 40. An amended discovery plan must be filed by March 4, 2024. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of the first Defendant's answer or first appearance.

　　　　IT IS SO ORDERED.

　　　　Dated: February 28, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Discovery periods are calculated from the date the first defendant answers or otherwise appears in this case. Local Rule 26-1(b)(1).