# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DME, LLC, <br>     Plaintiff, <br> v. <br> TONYA KATSIKAS, <br>     Defendant. | Case No. 2:23-cv-01243-CDS-NJK <br><br> **ORDER** <br><br> [Docket No. 42] |

    Pending before the Court is the parties' amended proposed discovery plan. Docket No. 42. Discovery periods are calculated from the date the first defendant answers or otherwise appears in this case. Local Rule 26-1(b)(1). Defendant first appeared in this case on October 19, 2023. Docket No. 8. Pursuant to the Local Rules, the parties were required to hold a Rule 26(f) conference within 30 days after Defendant's first appearance and were supposed to submit a stipulated discovery plan fourteen days thereafter. Local Rule 26-1. The parties failed to comply with the Local Rules and, in effect, self-imposed a stay of discovery in failing to timely file a proposed discovery plan.

    As a one-time courtesy, however, the Court will **GRANT** the parties' proposed discovery plan. Docket No. 42. The scheduling order in this case will be as follows:

| | |
|---|---|
| Initial Disclosures: | March 19, 2024 |
| Add/Amend Pleadings: | May 22, 2024 |
| Initial Experts: | June 21, 2024 |
| Rebuttal Experts: | July 22, 2024 |
| Discovery Cut-Off | August 20, 2024 |
| Dispositive Motions: | September 19, 2024 |
| Joint Pretrial Order: | October 21, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

1

   Pursuant to Local Rule 26-3, a request for extension of any deadline must be made no later than 21 days prior to the expiration of the subject deadline and must be supported by good cause. The parties must diligently conduct discovery and must comply in full with all Local Rules.

  IT IS SO ORDERED.

  Dated: March 5, 2024

                  _____
                  Nancy J. Koppe
                  United States Magistrate Judge