John A. Snow, Nevada No. 4133
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com

Ethan J. Foster, Nevada No. 16535
PARSONS BEHLE & LATIMER
50 W. Liberty St., Ste. 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
EFoster@parsonsbehle.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DME, L.C., <br><br> Plaintiff <br><br> v. <br><br> TONYA KATSIKAS, <br><br> Defendant | Case No.  2:23-cv-01243-CDS-NJK <br><br> **Order Approving JOINT STATUS REPORT REGARDING SETTLEMENT** <br><br> [ECF Nos. 59, 64] |

Plaintiff National DME, L.C. ("Plaintiff") and Tonya Katsikas ("Defendant" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby submit this *Joint Status Report Regarding Settlement and [Proposed] Order.*

As directed by the Court in the *Minutes of Proceedings* entered on Wednesday, December 10, 2025, following the settlement conference attended by the Parties and held before Magistrate Judge Nancy Koppe, this notice provides an update on the status of the settlement agreement between the Parties in the above-captioned matter.

The Parties have agreed to the material terms of a settlement and are in the process of entering into a written agreement memorializing their settlement agreement.  A draft agreement has already been prepared and is currently being finalized.

/ / /

PARSONS
BEHLE &
LATIMER

4937-0643-8531

Because a key provision of the agreement is subject to a completion timetable of three months, the parties respectfully request that the case be stayed pending execution and satisfaction of the settlement agreement, at which point the Parties will file either a second joint status report regarding settlement or, more likely, a Stipulation and Order of Dismissal With Prejudice on or before the deadline to provide a second joint status report regarding settlement.

The Parties make these representations in good faith and without purpose of delay. The Parties and their counsel are committed to finalizing the settlement and satisfying its terms as efficiently as possible.

Jointly submitted, stipulated, and dated this 18th day of December, 2025.

| SYLVESTER & POLEDNAK, LTD | PARSONS BEHLE & LATIMER |
|---|---|
| /s/ Matthew T. Kneeland | /s/ Ethan J. Foster |
| Matthew T. Kneeland, Nevada No. 11829<br>SYLVESTER & POLEDNAK, LTD<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: 702.952.5200<br>Facsimile: 702.952.5205<br>matthew@sylvesterpolednak.com | John A. Snow, Nevada No. 4133<br>PARSONS BEHLE & LATIMER<br>201 South Main Street, Suite 1800<br>Salt Lake City, Utah 84111<br>Telephone: 801.532.1234<br>Facsimile: 801.536.6111<br>JSnow@parsonsbehle.com |
| *Attorney for Defendant Tonya Katsikas* | Ethan J. Foster, NV No. 16535<br>PARSONS BEHLE & LATIMER<br>50 West Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: 775.323.1601<br>Facsimile: 775.348.7250<br>EFoster@parsonsbehle.com |
| | *Attorneys for Plaintiff National DME, L.C.* |

## ORDER

The parties' joint request to stay this matter pending the execution and satisfaction of the settlement agreement [ECF No. 64] is approved. This action is stayed until March 18, 2026. The parties must file a stipulation of dismissal, or a second joint status report addressing settlement, by that same that same date. All other pending deadlines are vacated. In light of settlement, the defendant's motion in limine [ECF No. 59] is denied as moot.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2026