John A. Snow, Nevada No. 4133
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com

Ethan J. Foster, Nevada No. 16535
PARSONS BEHLE & LATIMER
50 W. Liberty St., Ste. 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
EFoster@parsonsbehle.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| NATIONAL DME, L.C., | Case No. 2:23-cv-01243-CDS-NJK |
| Plaintiff | **Order Approving SECOND JOINT STATUS REPORT REGARDING SETTLEMENT** |
| v. | |
| TONYA KATSIKAS, | [ECF No. 66] |
| Defendant | |

Plaintiff National DME, L.C. ("Plaintiff") and Tonya Katsikas ("Defendant" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby submit this *Second Joint Status Report Regarding Settlement and [Proposed] Order.*

As directed by the Court in the *Order Approving Joint Status Report Regarding Settlement* entered on Wednesday, January 14, 2026 (the "Approval Order"), following the *Minutes of Proceedings* entered on Wednesday, December 10, 2025, memorializing the outcome of the settlement conference attended by the Parties and held before Magistrate Judge Nancy Koppe, this filing provides an update on the status of the settlement agreement between the Parties in the above-captioned matter.

The Parties entered into a written agreement memorializing their settlement agreement, which was fully executed on December 22, 2025. As memorialized in the Approval Order the deadline for

PARSONS
BEHLE &
LATIMER

4933-9117-8136

completion of the terms of that agreement is three months, *see* Approval Order 2:1–2, which now falls on Sunday, March 22, 2026.

As of this date, Defendant has submitted payment of the settlement amount via credit card, and Plaintiff is awaiting confirmation that the funds have been transferred.  Accordingly, the Parties respectfully request that the stay in this case remain in place until Friday, March 27, 2026,  pending confirmation of payment received per the settlement agreement, at which point the Parties will file either a third joint status report regarding settlement or a Stipulation and Order of Dismissal With Prejudice on or before the deadline to provide a third joint status report regarding settlement.

The Parties make these representations in good faith and without purpose of delay.  The Parties and their counsel are committed to satisfying the terms of the settlement agreement efficiently.

Jointly submitted, stipulated, and dated this 19th day of March, 2026.

SYLVESTER & POLEDNAK, LTD

*/s/ Matthew T. Kneeland*
Matthew T. Kneeland, Nevada No. 11829
SYLVESTER & POLEDNAK, LTD
1731 Village Center Circle
Las Vegas, Nevada 89134
Telephone:  702.952.5200
Facsimile:  702.952.5205
matthew@sylvesterpolednak.com

*Attorney for Defendant Tonya Katsikas*

PARSONS BEHLE & LATIMER

*/s/ John A. Snow*
John A. Snow, Nevada No. 4133
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JSnow@parsonsbehle.com

Ethan J. Foster, NV No. 16535
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
EFoster@parsonsbehle.com

*Attorneys for Plaintiff National DME, L.C.*

PARSONS
BEHLE &
LATIMER

4933-9117-8136

## ORDER

The parties' joint request to stay this matter pending the execution and satisfaction of the settlement agreement [ECF No. 66] is approved.  This action remains stayed until March 27, 2026. The parties must file a stipulation of dismissal, or a third joint status report addressing settlement, by that same that same date.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 24, 2026

4933-9117-8136