John A. Snow, Nevada No. 4133
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com

Ethan J. Foster, Nevada No. 16535
PARSONS BEHLE & LATIMER
50 W. Liberty St., Ste. 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
EFoster@parsonsbehle.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DME, L.C., a Utah limited liability company,<br><br>Plaintiff<br><br>v.<br><br>TONYA KATSIKAS, an individual,<br><br>Defendant | Case No.  2:23-cv-01243-CDS-NJK<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff National DME, L.C. ("Plaintiff") and Tonya Katsikas ("Defendant" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby submit this *Stipulation and [Proposed] Order of Dismissal with Prejudice.*

As directed by the Court in the *Order Approving Joint Status Report Regarding Settlement* entered on Wednesday, January 14, 2026 (the "Approval Order"), following the *Minutes of Proceedings* entered on Wednesday, December 10, 2025, memorializing the outcome of the settlement conference attended by the Parties and held before Magistrate Judge Nancy Koppe, this filing provides confirmation of the completion and satisfaction of the settlement agreement between the Parties in the above-captioned matter.

///

PARSONS
BEHLE &
LATIMER

4909-7332-2396

The Parties entered into a written agreement memorializing their settlement agreement, which was fully executed on December 22, 2025. The Parties hereby stipulate, represent, and confirm that the final terms necessary to satisfy the settlement agreement have been fully completed and satisfied. Accordingly, the Parties respectfully request and hereby stipulate that the above-captioned action be dismissed with prejudice.

Jointly submitted, stipulated, and dated this 27th day of March, 2026.

SYLVESTER & POLEDNAK, LTD

/s/ Matthew T. Kneeland
Matthew T. Kneeland, Nevada No. 11829
SYLVESTER & POLEDNAK, LTD
1731 Village Center Circle
Las Vegas, Nevada 89134
Telephone: 702.952.5200
Facsimile: 702.952.5205
matthew@sylvesterpolednak.com

Attorney for Defendant Tonya Katsikas

PARSONS BEHLE & LATIMER

/s/ Ethan J. Foster
John A. Snow, Nevada No. 4133
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com

Ethan J. Foster, NV No. 16535
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
EFoster@parsonsbehle.com

Attorneys for Plaintiff National DME, L.C.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: __March 30, 2025__